

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,042-01

### EX PARTE CLAUDIA JOANA REYES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 15-10-15438A IN THE 506TH DISTRICT COURT FROM WALLER COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to sixty days' imprisonment. She did not appeal her conviction.

Applicant contends that her trial counsel rendered ineffective assistance by failing to properly advise Applicant of the immigration consequences of a guilty plea.

The trial court has determined that trial counsel's performance was deficient and that such deficient performance prejudiced Applicant. Relief is granted. The judgment in Cause No. 15-10-15438 in the 506th District Court of Waller County is set aside, and Applicant is remanded to the

custody of the Sheriff of Waller County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 9, 2022
Do not publish